UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS COSME HERNANDEZ, | : |
| PETITIONER, | : |
| V. | : |
| DEPARTMENT OF HOMELAND SECURITY, | : CIVIL NO. 3:03CV956(SRU) |
| RESPONDENT. | : |

<u>APPEARANCE</u>

Please enter the appearance of Assistant United States Attorney John B. Hughes as counsel for the Department of Homeland Security in the above-referenced case.

                                    Respectfully submitted,

                                    KEVIN J. O'CONNOR
                                    UNITED STATES ATTORNEY

                                    JOHN B. HUGHES
                                    ASSISTANT U.S. ATTORNEY
                                    FED. BAR NO. ct05289
                                    157 CHURCH STREET
                                    NEW HAVEN, CT  06510
                                    (203)821-3700

2

CERTIFICATION

This is to certify that a copy of the within and foregoing Appearance was mailed, postage prepaid, this     day of February, 2004 to:

Carlos Hernandez
A 24 433 413
c/o Department of Homeland Security
1010 East Whatley Road
Oakdale, Louisiana 71463

 

JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
(203)821-3700