UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS COSME HERNANDEZ, | : |
| PETITIONER, | : |
| V. | : |
| DEPARTMENT OF HOMELAND SECURITY, | : CIVIL NO. 3:03CV956(SRU) |
| RESPONDENT. | : |

RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS

In a letter dated May 22, 2003 addressed to the U.S. District Court, Carlos Hernandez outlined his then current immigration status and his medical condition while an inmate at the Osborn Correctional Facility in Somers, Connecticut. The letter was filed on May 27, 2003 and treated as a petition for writ of habeas corpus although it has never been served on the respondent Department of Homeland Security nor has an Order to Show Cause been issued. Nevertheless, a facsimile copy of the letter was sent by the Court to the undersigned on November 18, 2003 and inquiries concerning petitioner's status were made by the undersigned to the petitioner's current custodian, the Bureau of Immigration and Customs Enforcement, ("BICE") Department of Homeland Security in Oakdale, Louisiana. The following is a summary of the information learned concerning the petitioner. Based on that information, respondent requests that the petition be dismissed as moot.

When petitioner first wrote to the Court he explained that he had been in the custody of the State of Connecticut serving a four month sentence for a drug conviction until January 2003 when, upon completion of his state sentence, he was transferred to the custody of the Department of Homeland Security and became subject to a Final Order of Removal to Cuba. On or about July 1, 2003 petitioner was received into the custody of the BICE at Oakdale, Louisiana and placed at a local facility, Pine Prairie Correctional.

While at Pine Prairie the petitioner's various medical complaints were addressed and the care he received is outlined in an email memorandum received from Deportation Officer Stanley Steadman which was forwarded to the undersigned on December 11, 2003. See Exhibit 1. Petitioner's bleeding rectum, diabetes and need for a wheel chair were all addressed. In addition, since the date of the e-mail Petitioner has had the colonoscopy he was waiting for and has been provided access to a wheelchair.

In addition, the deportation authorities at Oakdale agreed to do a release review pursuant to the procedures for the Cuban Review Panel at 8 C.F.R. § 212.12 and a release was recommended on December 18, 2003. This recommendation was forwarded to the BICE Detention and Removal Headquarters where a final decision was made on January 28, 2004 to release petitioner to the custody of a "Sponsor". See Exhibit 2. Notice of Releaseability.

3

Petitioner remains in custody at Oakdale pending only the receipt of travel funds from his Sponsor for his trip back to Connecticut. See 8 C.F.R. § 212.12(f)(3). In his letter, petitioner mentions that he has a wife, Carmen Hernandez, who resides in Hartford, Connecticut with his 18 year old son, Carlos Hernandez, Jr.

Although there are numerous jurisdictional arguments which could be raised in response to the petition, the above recitation makes it clear that petitioner's custody and medical issues have been addressed and there is no longer a case or controversy to be decided by the Court. Accordingly, respondent requests that the petition be dismissed as moot.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
FED. BAR NO. ct05289
P.O. BOX 1824
NEW HAVEN, CT  06508
(203)821-3700

4

## CERTIFICATION

This is to certify that a copy of the within and foregoing Response to Petition for Writ of Habeas Corpus was mailed, postage prepaid, this 24 day of February, 2004 to:

Carlos Hernandez
A 24 433 413
c/o Department of Homeland Security
1010 East Whatley Road
Oakdale, Louisiana 71463

_____
JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
157 Church Street
New Haven, CT 06510
(203)821-3700

**Date:** 12/11/2003 10:28 AM
**Sender:** Marvin D McCluskey
**To:** Stanley W Steadman
**Priority:** Normal
**Subject:** Fwd[4]:FW: Medical Allegations of Detainee Carolos Hernande

Stan, Here is a copy of what I forwarded to Scott and Nancy. Please route a copy to the A-file. Thanks!!!

```
_____Forward Header_____
Subject:     Fwd[3]:FW:  Medical Allegations of Detainee Carolos Hernande
Author:      Marvin D McCluskey
Date:        12/11/2003 7:44 AM
```

Scott, The following response was provided by DPO Stanley Steadman. Pine Prairie is doing an excellent job concerning this alien. He was provided crutches and has received new pads and tips when he requested replacements. Records indicate he hasn't requested a wheelchair. He claims to have reported his rectal bleeding, but the record fails to support his claims. He has seen the nurse for other medical issues. A letter sent to the US District Court, District of Connecticut by the alien indicates he informed the Doctor at the University Medical Center when the alien was there concerning his infected toe. Although the jail doesn't have hand rails in the mens shower rooms, Subject was provided with a shower chair for safety reasons.

Response to medical allegations of detainee HERNANDEZ, Carlos Cosme, A24 433 413 (please note correction of A#).

Inmate was received into the custody of the Oakdale, LA. office on July 1, 2003, and placed at Pine Prairie Correctional.

1. As per Latanya Fontenot (Head Nurse at Pine Prairie Correctional) Mr. Hernandez has never complained to her concerning a bleeding rectum. Mr. Hernandez was sent to the University hospital in Lafayette, LA. on July 17, 2003, for an infected toe. While in the hospital Mr. Hernandez also complained of a pain in his knee and a history of rectum problems. He was scheduled for a follow up appointment concerning the rectom and knee on August 28, 2003. This appointment was rescheduled to September 26, 2003. Inmate also had a follow up appointment on November 18, 2003, at which time an appointment was set for January 27, 2004 for pre-op and January 29, 2004 for a colonoscopy. Inmate's blood pressure and sugar level is being monitored weekly. Inmate is receiving four medications daily for high blood pressure, 5mg of glyburite daily to control his diabetes, stool softener daily which he brought with him from his previous jail and nitro tablets for angina.

2. Diabetic, Left leg amputated at age 14 due to infection of a gun wound, High cholesterol, Depression, High Blood Pressure. Bleeding from the Rectum. Subject is scheduled for a colonoscopy on January 29, 2004, pending PHS approval.

3. Inmate arrived at Pine Prairie Correctional with crutches. The facility does have wheel chairs available. There is no record in his medical file of him requesting one. Inmate has requested and received new pads for his crutches on two occasions. Subject also requested and received new tips for his crutches on November 7, 2003. A shower chair is provided for Subject's safety during showers.

4. I received a fax from John Hughes (United States Attorney's Office from the District of Connecticut) on November 19, 2003. I called Mr. Hughes and he explained to me that the Judge had asked him to call concerning a letter sent to the United States District Court, District of Connecticut, filed on May 27, 2003. The Court is going to accept this letter as a petition for a Writ of Habeas. It appears the Judge in this case is withholding appointment of legal representation pending a decision from the Cuban Review Panel scheduled for December 18, 2003. If HQ decides to release the alien it will moot the issue of the Writ.

5. Inmate is scheduled for a Cuban Review Panel on December 18, 2003. Efforts will be made to receive an expedited decision from HQ. If release is recommended, expedited efforts to release Mr.

EXHIBIT 1

Hernandez will also be made.

```
                    Forward Header
Subject:    Fwd[2]:FW: Medical Allegations of Detainee Carolos Hernande
Author:     Scott L Sutterfield
Date:       12/10/2003 11:12 AM
```

Doug,

Please ascertain/confirm with facility current status and address questions below. Return to me as soon as possible for review and notification.

Thanks
Scott

```
                    Forward Header
Subject:    FW: Medical Allegations of Detainee Carolos Hernandez, A24
Author:     Jay M Brooks
Date:       12/9/2003 8:48 AM
```

Ms. Hooks, I'm resending this message because it appears that it may not have
gone through. Thanks.
----------------------

Ms. Hooks,

Good afternoon. I am the POC for detainee health issues at HQDRO (under Mark
Lenox and Mike Caltabiano) and have been asked to follow up on American Bar
Association (ABA) complaint regarding Cuban national Carlos Cosme HERNANDEZ, A24
422 413, who is detained at Pine Prairie Correctional Center.

According to Hernandez, he was supposed to have a colonoscopy back in May 2002
(at Sanint Francis' Hospital) to check for colon cancer or polyps. Before this
could happen, he was arrested and jailed, then released to ICE in January 2003.

Hernandez states that while in ICE custody, he has received hydrocortisone for
hemorrhoids but not lab tests. He says that he continues to bleed from the
rectum -- especially when he goes to the bathroom. He is alleging medical
indifference.

Hernandez has a second medical complaint. He says that he is an overweight
diabetic amputee with high blood pressure, asthma, and angina, etc. He says
that medical personnel have refused to allow him to use a wheelchair, so he is
required to use crutches. He alledges that there are no safety rails in the
showers or bathroom and that his use of crutches is highly unsafe.

Mr. Hernandez says that he has filed at least two medically-based habeases.
(One was apparently dismissed for lack of jurisdiction.)

HQ DRO must respond back to the ABA. For both allegations, I need to be able to
answer the following questions for management:

1.      When and what medical treatment (related to these two allegatins) has
been provided to the alien?
2.      What is the true medical situationand what action has been/is/will be
taken related to the allegations?
3.      Any relevant regulations/facility procedures, etc, that have influenced
or determined the medical treatment received --     especially regarding the
safety allegation.
4       Approximate date and current status of any pending habeas or legal action
with a medical basis.
5.      Will alien be continuing in custody or are there any plans for release?

Thanks so much for your assistance. I need the information no later than COB
next Monday, 12/15/03.

Jay
202 439-2678 (cell)
202 353-3146 (office)

U.S. Department of Homeland Security
Immigration and Customs Enforcement

Cuban Review Plan
Plan de Revisión de los
Casos de los Detenidos Cubanos

# NOTICE OF RELEASABILITY

Name: __HERNANDEZ-POSADA, CARLOS__

Date of Birth: __09/27/1946__

ICE File No.: __A24 433 413__

Bureau of Prisons File No.: __N/A__

Institution: __OAKDALE__

Your case has been reviewed pursuant to the procedures for the Cuban Review Plan at 8 C.F.R. 212.12, as a result of which it has been determined that you are a viable candidate for release. Consequently, you will remain in Service custody pending placement into one of the following:

☐ BOP-contracted halfway house

☐ Substance abuse treatment

☒ Sponsor

☐ Other

Said placement decision is based upon the nature as well as the extent of your criminal history. It will be effected as soon as space becomes available in one of the aforementioned programs (if applicable).

In the interim, it will be incumbent upon you to maintain good behavior while placement efforts are being undertaken. Failure to maintain good behavior could result in the withdrawal of this action.

Signature: _[signature]_

Served/
Delivered: _____

Date: __JAN 28 2004__

Form I-785 (Rev 6/30/03) ENG

EXHIBIT 2

U.S. Department of Homeland Security  
Immigration and Customs Enforcement

Cuban Review Plan  
Plan de Revisión de los  
Casos de los Detenidos Cubanos

## Aviso de Aprobación Para Su Salida

**Nombre:** HERNÁNDEZ-POSADA, CARLOS

**Fecha de Nacimiento:** 27 DE SEPTIEMBRE DE 1946

**Número de ICE:** A24 433 413

**Número del Bureau de Prisiones:** N/A

**Institución:** OAKDALE

Su caso ha sido revisado de acuerdo con los procedimientos del Plan de Revisión de los Casos de los Detenidos Cubanos según estipulado en 8 C.F.R. 212.12, y como resultado de ello, se ha determinado que usted es candidato para concederle la libertad condicional. Consecuentemente, usted permanecerá en la custodia del Servicio de Inmigración pendiente a colocación en uno de los siguientes:

☐ Casa de transición bajo contrato del Buró de Prisiones.

☐ Programa de tratamiento contra el abuso de substancias.

☑ Patrocinador.

☐ Otro

Dicha selección está basada de acuerdo a la índole y gravedad de su historial delictivo. La colocación se hará tan pronto como el espacio se haga disponible en uno de esos programas anteriormente mencionado (según sea apropiado).

Mientras tanto, será para su beneficio el mantener un buen comportamiento durante el tiempo que los esfuerzos continúan para conseguirle un alojamiento adecuado. El no mantener una buena conducta podría resultar en que la decisión de concederle la libertad condicional sea revocada.

**Firma:** _[signature]_

**Servida/Entregada:** _____

**Fecha:** JAN 28 2004

Formulario I-785 (Rev 6/30/03) SPAN