UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARLOS COSME HERNANDEZ, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | No. 3:03 CV 956 (SRU) |
| | : | |
| BUREAU OF CUSTOMS & IMMIGRATION | : | |
| ENFORCEMENT SERVICE | : | |
|     Respondent. | : | |

## **ORDER**

The petition for a writ of habeas corpus is hereby dismissed as moot, substantially for the reasons set forth in the response to the petition (doc. # 4) filed by the respondent. The clerk shall close this file.

Entered at Bridgeport, Connecticut this 3rd day of May 2004.

      /s/ Stefan R. Underhill
        Stefan R. Underhill
        United States District Judge